IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAITHAM ABUHINDI,<br><br>    Plaintiff,<br><br>vs.<br><br>TURKISH AIRLINES,<br><br>    Defendant. | CIV. NO. 22-00034 DKW-RT<br><br>FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO DISMISS AWARD OF ATTORNEY'S FEES |

### FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO DISMISS AWARD OF ATTORNEY'S FEES

On December 1, 2022, Plaintiff Maitham Abuhindi filed a *Motion to Dismiss Award of Attorney's Fees* ("Motion to Dismiss") (ECF No. 28), seeking a dismissal of *Defendant Gulf Air's Motion for Award of Attorneys' Fees Against Plaintiff Maitham Abuhindi* ("Fee Motion") (ECF No. 23). The Court shall decide the *Motion to Dismiss* without a hearing pursuant to Rule 7.1(c) of the *Local Rules of Practice for the United States District Court for the District of Hawaii*.

On October 31, 2022, the Court issued an Entering Order directing Defendant Gulf Air to submit a supplemental filing addressing the issue of its prevailing party status under Haw. Rev. Stat. § 607-14. ECF No. 25. The Court also granted Plaintiff leave to file an opposition to the supplemental by no later than November 22, 2022. *Id.* Defendant Gulf Air failed to respond, and Plaintiff

elected not to file an opposition.  Plaintiff's November deadline has passed. Accordingly, the Court **RECOMMENDS** that the district court not consider the Motion to Dismiss.

Further, given this Court's *Findings and Recommendation to Deny Defendant Gulf Air's Motion for Award of Attorneys' Fees Against Plaintiff Maitham Abuhindi* (ECF No. 29), Plaintiff's *Motion to Dismiss* is moot.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawaii, January 26, 2023.



Rom A. Trader
United States Magistrate Judge

---

Civ. No. 22-00034 DKW-RT;  *Maitham Abuhindi vs. Turkish Airlines*;  Findings and Recommendation to Deny Plaintiff's Motion to Dismiss Award of Attorney's Fees