IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MAITHAM ABUHINDI, | ) | CV 22-00034 DKW-RT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| TURKISH AIRLINES; GULF AIR , | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO DISMISS AWARD OF ATTORNEY'S FEES

Findings and Recommendation having been filed and served on all parties on January 26, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendations to Deny Plaintiff's Motion to Dismiss Award of Attorney's Fees", ECF No. 30  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 21, 2023 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge